**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7563**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHILE ANTHONY BLOUNT, a/k/a Markus
Williamson,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CR-94-246)

_____

Submitted:  February 8, 2001          Decided:  February 14, 2001

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michile Anthony Blount, Appellant Pro Se.  Alfred William Walker
Bethea, Assistant United States Attorney, Florence, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michile A. Blount appeals the district court's order denying his motion to compel the Government to file a motion under Rule 35 of the Federal Rules of Criminal Procedure to reduce his sentence. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Blount</u>, No. CR-94-246 (D.S.C. filed Oct. 11, 2000; entered Oct. 12, 2000). We also deny as unnecessary Blount's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>